Robin L. Dugas, Esq. - SBN 022860
**DAVIS BLASE STONE & HOLDER, PLLC**
11111 North Scottsdale Road, Suite 225
Scottsdale, Arizona 85254-6732
Phone: (602) 279-1900
Fax: (602) 279-1920
E-Mail: Robin.Dugas@DBSHLaw.com
Website: www.DBSHLaw.com
Attorneys for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

In re:

GREGORY ROBERT JEANS,

Debtor.

Case No. 2:20-bk-12404-MCW

Proceedings Under Chapter 13

**NOTICE OF CONVERSION OF CASE TO CHAPTER 7 UNDER SECTION 1307(A)**

Debtor, GREGORY ROBERT JEANS, by and through undersigned counsel, represents and states as follows:

1. The Debtor is no longer able to propose a feasible Chapter 13 Plan.

2. The Debtor qualifies under Chapter 7 of Title 11.

3. Under Section 1307(a) of the Bankruptcy Code, the Debtor is entitled to convert his Chapter 13 case to a case under Chapter 7 at any time, and Debtor now wishes to convert this Chapter 13 case to a case under Chapter 7.

4. A copy of this Notice has been mailed to the Chapter 13 case trustee serving this case, as well as the U.S. Trustee's Office.

WHEREFORE, pursuant to Bankruptcy Rules 1017(d) and 9013, Debtor hereby gives notice of the conversion of this Chapter 13 case under Title 11, United States Code.

DATED this 12th day of December, 2020.

                                              **DAVIS BLASE STONE & HOLDER, PLLC**

                                              By: /s/ *Robin L. Dugas*
                                                    Robin L. Dugas
                                                    11111 N. Scottsdale Rd., Suite 225
                                                    Scottsdale, Arizona 85254
                                                    Attorneys for Debtor

APPROVED:

_____
Gregory Robert Jeans, Debtor

COPY filed via the U.S. Bankruptcy
Court's ECF noticing system this
12th day of December, 2020, and was mailed
via first class U.S. Mail, postage pre-paid,
the 12th day of December, 2020, to:

Office of the U.S. Trustee
230 North First Avenue
Suite 204
Phoenix, Arizona 85003

Russell Brown, Chapter 13 Trustee
3838 N. Central Ave., Ste. 800
Phoenix, AZ 85012

*Jennifer Hunt*
Jennifer Hunt