# Notice Recipients

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

16284532     United Shore Financial Services, LLC c/o Nationsta

TOTAL: 1

**Recipients of Notice of Electronic Filing:**

tr          ROGER W. BROWN          rogerbrowntrustee@live.com
aty         JASON 2 SHERMAN          jsherman@janewaylaw.com
aty         ROBIN L. DUGAS          robin.dugas@DBSHLaw.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db          GREGORY ROBERT JEANS          4313 EAST MONTGOMERY ROAD          CAVE CREEK, AZ 85331
cr          United Shore Financial Services, LLC          PO Box 619096          Dallas, TX 75261−9741
smg         AZ DEPARTMENT OF REVENUE          BANKRUPTCY & LITIGATION          1600 W. MONROE, 7TH FL.          PHOENIX, AZ 85007−2650
16278358    Arizona Department of Revenue          Bankruptcy Unit          1600 West Monroe          Phoenix AZ 85007
16278359    Capital One          PO Box 60599          City of Industry CA 91716−0599
16311276    Capital One Bank (USA), N.A.          by American InfoSource as agent          PO Box 71083          Charlotte, NC 28272−1083
16278360    Hughes Federal Credit Union          PO Box 60510          City of Industry CA 91716−0510
16278361    Internal Revenue Service          Centralized Insolvency Operation          P. O. Box 7346          Philadelphia PA 19101−7346
16278362    Sandra Washburn          c/o Munger Chadwick & Denker, P.L.C.          2999 North 44th Street, Suite 130          Phoenix AZ 85018
16278363    United Wholesale Mortgage          PO Box 818060          5801 Postal Road          Cleveland OH 44181
16278364    Washington State − Dept Social & Health          Washington State Support Registry          PO Box 45868          Olympia WA 98504−5868

TOTAL: 11