In re:  Case No. 20-12404-MCW
GREGORY ROBERT JEANS  Chapter 7
  Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0970-2  User: brennerc  Page 1 of 2
Date Rcvd: Dec 21, 2020  Form ID: van122  Total Noticed: 11

The following symbols are used throughout this certificate:
**Symbol  Definition**
+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | GREGORY ROBERT JEANS, 4313 EAST MONTGOMERY ROAD, CAVE CREEK, AZ 85331-7871 |
| cr | + | United Shore Financial Services, LLC, PO Box 619096, Dallas, TX 75261-9096 |
| 16278362 | + | Sandra Washburn, c/o Munger Chadwick & Denker, P.L.C., 2999 North 44th Street, Suite 130, Phoenix AZ 85018-7281 |
| 16278363 | + | United Wholesale Mortgage, PO Box 818060, 5801 Postal Road, Cleveland OH 44181-2184 |
| 16278364 | | Washington State - Dept Social & Health, Washington State Support Registry, PO Box 45868, Olympia WA 98504-5868 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: AZDEPREV.COM | Dec 22 2020 04:33:00 | AZ DEPARTMENT OF REVENUE, BANKRUPTCY & LITIGATION, 1600 W. MONROE, 7TH FL., PHOENIX, AZ 85007-2650 |
| 16278358 | + | EDI: AZDEPREV.COM | Dec 22 2020 04:33:00 | Arizona Department of Revenue, Bankruptcy Unit, 1600 West Monroe, Phoenix AZ 85007-2612 |
| 16278359 | | EDI: CAPITALONE.COM | Dec 22 2020 04:43:00 | Capital One, PO Box 60599, City of Industry CA 91716-0599 |
| 16311276 | | EDI: CAPITALONE.COM | Dec 22 2020 04:43:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 16278360 | | Email/Text: bk@hughesfcu.org | Dec 22 2020 02:01:00 | Hughes Federal Credit Union, PO Box 60510, City of Industry CA 91716-0510 |
| 16278361 | | EDI: IRS.COM | Dec 22 2020 04:43:00 | Internal Revenue Service, Centralized Insolvency Operation, P. O. Box 7346, Philadelphia PA 19101-7346 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 16284532 | | United Shore Financial Services, LLC c/o Nationsta |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2020          Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JASON 2 SHERMAN | on behalf of Creditor United Shore Financial Services  LLC jsherman@janewaylaw.com |
| ROBIN L. DUGAS | on behalf of Debtor GREGORY ROBERT JEANS robin.dugas@DBSHLaw.com  robinleedugas@gmail.com |
| ROGER W. BROWN | rogerbrowntrustee@live.com  rwb@trustesolutions.net,rrwwbb@hotmail.com |
| U.S. TRUSTEE | USTPRegion14.PX.ECF@USDOJ.GOV |

TOTAL: 4

FORM VAN−122
REVISED 08/01/2018

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:                                                Case No.: 2:20−bk−12404−MCW

GREGORY ROBERT JEANS             Chapter: 7
4313 EAST MONTGOMERY ROAD
CAVE CREEK, AZ 85331
SSAN: xxx−xx−1853
EIN:

Debtor(s)

## ORDER DISMISSING CASE

- ☐ The debtor(s) having failed to file a list of creditors in the proper format as required by Local Bankruptcy Rule 1007−1.
- ☐ The individual debtor(s) having failed to file a Credit Counseling Certificate as required by Fed. R. Bankr. P. 1007(b)(3).
- ☐ The debtor(s) having failed to pay the filing fee as ordered by the court.
- ☑ The debtor(s) having failed to timely file the schedules and statements required by Fed. R. Bankr. P. 1007.
- ☐ The debtor(s) having failed to timely file a Chapter 13 plan as required by Fed. R. Bankr. P. 3015.
- ☐ The debtor(s) having failed to timely submit the Statement of Social Security Number as required by Fed. R. Bankr. P. 1007(f).
- ☑ The individual debtor(s) having failed to file a Statement of Your Current Monthly Income and any additional forms as required by Fed. R. Bankr. P. 1007.
- ☑ The debtor(s) having failed to file a Declaration of Evidence of Employer's Payments as required by Local Bankruptcy Rule 1007−1.
- ☐ The debtor(s) having failed to file a Declaration Under Penalty of Perjury for Debtors Without an Attorney as required by Local Bankruptcy Rule 1007−1.
- ☐ The debtor(s) having failed to appear and be examined at the meeting of creditors as required by 11 U.S.C. § 341.
- ☐ After an Order to Show Cause why this case should not be dismissed was issued.
- ☐ The trustee having moved to dismiss this case.
- ☐ The debtor(s) having moved to dismiss this case.
- ☐ The debtor(s) having failed to timely file all required Official Forms as indicated by the court.

−− Order continued on 2nd page −−

IT IS ORDERED that the above−captioned case be dismissed. Jurisdiction is retained over any matters arising under 11 U.S.C. § 110.

IT IS FURTHER ORDERED that any pending hearings, including any final hearing set on a motion for relief from the automatic stay are vacated.

IT IS FURTHER ORDERED that if the debtor wishes to reinstate this case, a motion for reinstatement must be filed setting forth the reasons for the request.

IT IS FURTHER ORDERED that even though this case has been dismissed, debtor(s) is/are required to pay all outstanding fees due and owing to the court.

IT IS FURTHER ORDERED that the Court shall not consider a motion for reinstatement of the case unless all fees are paid in full or all required documents are filed.

NOTICE IS ALSO GIVEN that the order was entered on the docket this date.

Date: December 21, 2020                                    BY THE COURT

Address of the Bankruptcy Clerk's Office:        **Honorable Madeleine C. Wanslee**
U.S. Bankruptcy Court, Arizona                   United States Bankruptcy Judge
230 North First Avenue, Suite 101
Phoenix, AZ 85003−1727
Telephone number: (602) 682−4000
www.azb.uscourts.gov